U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUL 26 P 3:00

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph Chambers

v.                                     Civil No. 05-cv-219-SM

New Hampshire State Prison
Medical Department, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 24, 2005, for the reasons stated therein.

SO ORDERED.

July 26, 2005

Steven J. McAuliffe
Chief Judge

cc:   Randolph Chambers, pro se
      Mary Maloney, Esq.