U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 SEP 23 P 1:41

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers

    v.                                    Civil No. 05-cv-219-SM

Warden, New Hampshire State Prison
Medical Department, et al.

### O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 12, 2005, for the reasons stated therein. The motion for a temporary restraining order and preliminary injunction is denied.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 23, 2005

cc:  Randolph L. Chambers, pro se
     Mary E. Maloney, Esq.